# United States District Court

## *Southern District of Georgia*

Ursula Watson

_____
**Plaintiff**

Case No. _____4:23-cv-00222_____

v.   The Reserves Network, Inc. and
EFL Global, LLC.,

_____
**Defendant**

Appearing on behalf of

_____EFL Global LLC (Defendant)_____
**(Plaintiff/Defendant)**

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __12th__ day of __September__, __2023__.

_____
UNITED STATES MAGISTRATE JUDGE

**\*\*\*\*\***

NAME OF PETITIONER:        Kristin D. Sostowski
_____

Business Address:        Gibbons P.C.
_____
**Firm/Business Name**

One Gateway Center
_____
**Street Address**

| | Newark | NJ | 07102 |
|---|---|---|---|
| **Street Address (con't)** | **City** | **State** | **Zip** |

_____
**Mailing Address (if other than street address)**

| **Address Line 2** | **City** | **State** | **Zip** |
|---|---|---|---|

973-596-4855
_____
**Telephone Number (w/ area code)**     **Georgia Bar Number**

Email Address:        ksostowski@gibbonslaw.com